# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROCHELLE HODGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:17-cv-12989-GCS-EAS |
| ) | |
| SUMMIT RECEIVABLES and ) | |
| ANTHONY GUADAGNA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ROCHELLE HODGE, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendants, SUMMIT RECEIVABLES, and ANTHONY GUADAGNA.

December 27, 2017          Respectfully submitted,
                           AGRUSS LAW FIRM, LLC

                           By: /s/ Michael S. Agruss
                               Michael S. Agruss, IL ARDC No. 6281600
                               4809 N. Ravenswood Avenue, Suite 419
                               Chicago, IL 60640
                               312-224-4695 – office
                               312-253-4451 – facsimile
                               michael@agrusslawfirm.com
                               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On December 27, 2017, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Allicia Tomolo, at abtomolo@gmail.com.

By: /s/ Michael S. Agruss
Michael S. Agruss